NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RACHAEL LEAHY, DOC #S41425,          )
                                     )
      Appellant,                    )
                                     )
v.                                   )      Case No. 2D17-2598
                                     )
STATE OF FLORIDA,                    )
                                     )
      Appellee.                     )
_____ )

Opinion filed December 5, 2018.

Appeal from the Circuit Court for Manatee
County; Deno Economou, Judge.

Brett McIntosh and Kevin M. Griffith,
Sarasota, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Katie Salemi-Ashby,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


      Affirmed.


SILBERMAN, MORRIS, and BADALAMENTI, JJ., Concur.